# UNITED STATES DISTRICT COURT
## District of Minnesota

Briggs and Morgan, P.A.
               Plaintiff(s)

V.

Manley Toys Limited
               Defendant(s)

**JUDGMENT BY DEFAULT**

Case Number: 12-3199 JRT/JJG

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant(s) has/have been duly served with process, that more than twenty-one (21) days have elapsed since said service, and that said defendant(s) has/have failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff(s) does/do have and recover of and from said defendant(s) the sum of Five Hundred Three Thousand Twenty Four Dollars and Three Cents ($503,024.03).

Judgment signed this 4th day of April, 2013.

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By) A. Linner      Deputy Clerk

| | |
|---|---|
| Principal/Damages | $503,024.03 |
| Costs and Disbursements | |
| Interest to | |
| Surcharge | |
| **TOTAL JUDGMENT** | **$503,024.03** |

A true printed copy in _1_ sheet(s) of the electronic record filed on 4-4-13 in the United States District Court for the District of Minnesota.
CERTIFIED, 1-28, 2015.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

C:\Documents and Settings\linner\Desktop\Blank Default with 21 days.wpd      Form Modified: 10/10/03

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| Briggs and Morgan, P.A.<br>*Plaintiff* | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No.   12cv3199 JRT/JJG |
| Manley Toys Limited<br>*Defendant* | | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   4/4/2013   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   January 28, 2015

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk