**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Weisbrod Matteis & Copley PLLC, as assignee of Briggs & Morgan, P.A. | 3:15-mc-00013-G |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Manley Toys Ltd. | Writ of Garnishment After Judgment |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michaels Stores Procurement Company, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

8000 Bent Branch Drive, Irving, Texas 75063

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Charles I. Kaplan<br>Kaplan & Moon, PLLC<br>3102 Maple Avenue, Suite 200<br>Dallas, Texas 75201 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Serve: (1) Writ of Garnishment After Judgment and (2) Application for a Writ of Garnishment with attached exhibits on
Michaels Stores Procurement Company, Inc. located at 8000 Bent Branch Drive, Irving, Texas 75063

Serve either the President or any Vice President of Michaels Stores Procurement Company, Inc.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 214-522-4900 | 3-11-15 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | | 3/17/2015 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Roni Larsen, Legal | |

| Address (*complete only different than shown above*) | Date | Time | |
|---|---|---|---|
| 8001 Bent Branch Drive<br>Irving Tx 75063 | 3-19-15 | 1655 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 16.5 @ 6755<br>18.98 | 6 | 83.98 | $65.00 | $18.98 |

REMARKS: Served Roni Larsen of the Michaels Legal Dept at 8001 Bent Branch
Drive -

| DISTRIBUTE TO: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>    if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED |
|---|---|---|

Form USM-285
Rev. 11/13

**OFFICER'S RETURN**

Received this writ at _____ *08 00* _____ (am)/pm on _____ *March 18* _____, 2015 and executed as follows:

By serving a copy of this Writ of Garnishment, the Application for Writ of Garnishment in this action and attached Declaration on Michaels Stores Procurement Company, Inc. by delivering such documents in person to _____ *Roni Larsen* _____, its _____ *Legal Department* _____, at the address of _____ *8001 Bent Branch Dr, Irving, TX* _____ on _____ *3-19* _____, 2015 at _____ *1655* _____ am/(pm).

_____, Deputy US Marshal
Officer

By _____ *Bruce Whisonant* _____, Deputy US Marshal

WRIT OF GARNISHMENT AFTER JUDGMENT - 3