UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEISBROD MATTEIS & COPLEY, PLLC, as assignees of BRIGGS & MORGAN P.A., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| AND | ) ) | 3:15-CV-1446-G (BF) |
| TOY QUESTS, LTD., | ) ) | |
| Plaintiff Intervenor, | ) ) | |
| VS. | ) ) | |
| MANLEY TOYS, LTD., | ) ) | |
| Defendant, | ) ) | |
| VS. | ) ) | |
| MICHAEL STORES, INC., | ) ) | |
| Garnishee. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the findings, conclusions and

recommendation of the United States Magistrate Judge Paul D. Stickney.  The

district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that garnishee Michaels Stores, Inc.'s motion for reasonable attorney's fees (docket entry 64) is **GRANTED** in part.

It is further **ORDERED** that Toy Quest, Ltd. pay garnishee Michaels Stores, Inc.'s reasonable attorney's fees in the amount of $39,095.50.

May 25, 2016.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**